IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE LEE JONES,

    Petitioner,

v.                          Case No.  4:14cv489-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.21, and has also reviewed *de novo* Plaintiff's Written Objection to Magistrate Judge's Report and Recommendation, ECF No. 24. Accordingly

    IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus,

1

ECF No. 9, is **GRANTED.**  The Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED**.   A certificate of appealability is **DENIED**."  The Clerk shall close the file.

    **SO ORDERED on June 28, 2015.**

                                     <u>s/Mark E. Walker</u>
                                     **United States District Judge**